# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CESAR VALDEZ PICARDO | § | CASE NO. 06-04178-GCP-7 |
| AKA CESAR V. PICARDO | § | CHAPTER 7 |
| | § | |
| | § | JUDGE GEORGE C. PAINE, II |

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

        **Bank of America N.A.**
        **475 Crosspoint Parkway / P. O. Box 9000**
        **Getzville, New York 14068**

        Respectfully submitted,
        Brice, Vander Linden & Wernick, P.C.

        /s/ Joe M. Lozano, Jr.
        Joe M. Lozano, Jr.
        F# 7645-N-4171
        9441 LBJ Freeway, Suite 350
        Dallas, Texas 75243
        (972) 643-6600 / (972) 643-6698 (Telecopier)
        E-mail Address: notice@bkcylaw.com
        Authorized Agent for Bank of America N.A.

# CERTIFICATE OF SERVICE

       I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before August 17, 2006:

**Attorney**
Mary Elizabeth Ausbrooks
Clark & Washington Pc
813 2ND AVE SO
NASHVILLE, TN 37210

**Chapter 7 Trustee**
Jeanne Burton Gregory
201 4th Avenue N, Suite 1900
Nashville, Tennessee 37219

                                                /s/ Joe M. Lozano, Jr.
                                                Joe M. Lozano, Jr.

7645-N-4171
noaelect